IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM WILSON, | : | No. 3:25cv315 |
| | : | |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| LT. RAMER, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 8th day of January 2026, upon consideration of defendants' Rule 12(b) motion (Doc. 13) to partially dismiss the complaint, it is hereby **ORDERED** that:

1. The unopposed motion (Doc. 13) is **GRANTED**.

2. The motion to dismiss the claims against defendants Cress and Mohl is **GRANTED**. The claims against defendants Cress and Mohl are **DISMISSED** without prejudice and with leave to amend.

3. On or before January 22, 2026, plaintiff may file an amended complaint only as to his claims against defendants Cress and Mohl. If plaintiff does not timely file an amended complaint, plaintiff's inaction will be deemed as a desire to abandon the claims against Cress and Mohl, and this order dismissing the claims against Cress and Mohl without prejudice will result in a dismissal with prejudice without further order of court.

4. The remaining defendants shall **FILE** an answer to all remaining claims on or before January 29, 2026.

5. Discovery shall be completed on or before March 9, 2026. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the court.

6. On or before March 23, 2026, the parties shall **NOTIFY** the court of whether they are amenable to mediation.

7. On or before March 23, 2026, the parties shall **NOTIFY** the court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. See 28 U.S.C. § 636(c).

8. Dispositive motions shall be filed on or before April 8, 2026.

9. No extensions of the pre-trial schedule shall be granted absent good cause. See FED. R. CIV. P. 16(b).

10. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

11. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

12. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court